United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL LOUIS OVERTON,

    Plaintiff,

vs.

ATASCADERO STATE HOSPITAL
CHIEF EXECUTIVE OFFICER;
CHIEF MEDICAL OFFICER;
CALIFORNIA BOARD OF
HOSPITAL OF FORENSICS;

    Defendants.

No. C 16-5379 WHA (PR)

**ORDER OF TRANSFER**

(Dkt. No. 4)

    Plaintiff is a California prisoner incarcerated at the Atascadero State Hospital ("ASH") in Atascadero, California, filed this civil rights complaint against ASH officials or violating his rights at ASH. Atascadero is located in San Luis Obispo County, which is in the venue of the United States District Court for the Central District of California. 28 U.S.C. 84(c). Venue for civil rights claims concerning the conditions of his confinement at Atascadero is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, ruling on the application for leave to proceed in forma pauperis is deferred to the Central District.

    The clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: November   29  , 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE